UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUDSON INSURANCE COMPANY, ET AL.,<br><br>　　　　　Defendants. | No. 1:16-cv-00409-DAD-EPG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT AEGIS SECURITY INSURANCE COMPANY**<br><br>(Doc. No. 98) |

On July 5, 2016, Hussein Ali ("plaintiff") filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to Aegis Security Insurance Company ("defendant Aegis"). Under Rule 41(a), a plaintiff may dismiss an action without a court order if he or she files "a notice or dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. Pro. 41(a)(1)(A)(i)–(ii). Here, defendant Aegis has filed neither an answer nor a motion for summary judgment, but rather a motion to dismiss. (*See* Doc. No. 87.) "Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)." *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing *Miller v. Reddin*, 422 F.2d 1264, 1265 (9th Cir. 1970)). Defendant Aegis is therefore dismissed from this action without prejudice. Moreover, the voluntary dismissal renders the motion to dismiss filed on behalf of defendant Aegis moot. *See*

1

*id*. ("Filing a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice."). The clerk of court is directed to dismiss defendant Aegis from this action and its pending motion to dismiss is denied as moot. (Doc. No. 87.)

IT IS SO ORDERED.

Dated: **July 12, 2016**            /s/ Dale A. Drozd
                                   UNITED STATES DISTRICT JUDGE